the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles S. Voorhees* and *Mr. Reese H. Voorhees* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Sanford* for respondent.

---

No. 590. WALLACE P. COOK ET AL., PETITIONERS, *v.* TIMOTHY FOLEY ET AL. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George P. Wilson* for petitioners. *Mr. Harris Richardson* for respondents.

---

No. 598. MRS. ANNIE E. PENMAN, PETITIONER, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Frederic D. McKenney* and *Mr. A. J. Truitt* for petitioner. *Mr. W. K. Jennings* for respondent.

---

No. 600. J. H. FRIDAY ET AL., PETITIONERS, *v.* HALL & KAUL COMPANY. March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Richard A. Ford* for petitioners. No appearance for respondent.

---

No. 601. W. D. MUNSON, PETITIONER, *v.* STANDARD MARINE INSURANCE COMPANY (LIMITED). March 2, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Eugene P. Carver* and *Mr. G. Philip Wardner* for petitioner. *Mr. James Emerson*